**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. ATLANTA

DEC 0 7 2004

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. |
| NIA REED | : | |

**1 04-CR-604**

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

On or about December 15, 2003, in the Northern District of Georgia, in a matter within the jurisdiction of the executive branch of the Government, to wit, the United States Department of Justice, Federal Bureau of Investigation (FBI), the defendant, NIA REED, aided and abetted by others known to the Grand Jury, did, in the course of providing information in a telephone call placed to the City of Atlanta, Georgia, Department of Aviation, Airport Security Division, at Hartsfield-Jackson International Airport concerning an alleged plot to attack facilities of the Center for Disease Control, knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation; that is, the defendant falsely stated that a group of individuals was planning to travel from the United States of America to London, England, for the purpose of meeting with other individuals to retrieve information that would be used to facilitate attacks upon facilities of the Center for Disease Control in Atlanta, Georgia,

Dallas, Texas, Washington, D.C., and California, in violation of Title 18, United States Code, Section 1001, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about January 16, 2004, in the Northern District of Georgia, in a matter within the jurisdiction of the executive branch of the Government, to wit, the United States Department of Justice, Federal Bureau of Investigation (FBI), the defendant, NIA REED, did, in the course of providing information to the FBI concerning the investigation of a telephone call placed to Hartsfield-Jackson International Airport on December 15, 2003, concerning an alleged plot to attack facilities of the Center for Disease Control, knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation; that is, the defendant falsely denied having made a telephone call to Hartsfield-Jackson International Airport, on or about December 15, 2003, in which the caller stated a group of individuals was alleged to be involved in a plot to attack facilities of the Center for

Disease Control, in violation of Title 18, United States Code, Section 1001.

A _____*true*_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

DANIEL A. CALDWELL
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar Number 102510

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Telephone: 404-581-6224
Facsimile: 404-581-6181

3